February 16, 1984.

473 A.2d 203

Commonwealth v. Jones, Appellant.

Reargument Denied April 18, 1984.

Submitted September 22, 1983. Richard R. Fink, for appellant; Seth Weber, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order of lower court denying the motion to quash informations is affirmed. Jurisdiction is relinquished.

472 A.2d 257

Miller, Appellant, v. Ohio Cas. Ins.

Argued January 25, 1984. Barbara L. Smith, for appellant; Thomas M. Lent, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order and judgment affirmed. See: *Camacho v. Nationwide Insurance Co.*, 314 Pa.Super. 21, 460 A.2d 353 (1983); *Howe v. Harleysville Insurance Companies*, 313 Pa.Super. 65, 459 A.2d 412 (1983); *Schweitzer v. Aetna Life and Casualty Co.*, 306 Pa.Super. 300, 452 A.2d 735 (1982); *Erie Insurance Exchange v. Eisenhuth*, 305 Pa.Super. 571, 451 A.2d 1024 (1982); *Rife v. State Farm Mutual Auto Insurance Co.*, 304 Pa.Super. 359, 450 A.2d 720 (1982).